```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 17033
   JOSEPH A KMIECIK
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-5677


---------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 12/22/2006 and was confirmed 04/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 03/27/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
BANK OF NEW YORK           CURRENT MORTG         .00           .00           .00
BANK OF NEW YORK           MORTGAGE ARRE    15169.71           .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00           .00           .00
COUNTRYWIDE HOME LOANS     SECURED NOT I         .00           .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00           .00           .00
CITIFINANCIAL RETAIL SER   SECURED           1500.00           .00        350.00
CITIFINANCIAL RETAIL SER   UNSECURED       NOT FILED           .00           .00
FORD MOTOR CREDIT          SECURED VEHIC         .00           .00        955.05
GMAC                       SECURED VEHIC    16181.76        804.88       5702.34
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE     1200.00           .00           .00
COUNTRYWIDE HOME LOANS I   UNSECURED       NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00           .00           .00
CITIZENS BANK              SECURED VEHIC    11988.45        841.94       1988.12
CHASE                      UNSECURED       NOT FILED           .00           .00
DISCOVER FINANCIAL SERVI   UNSECURED        22066.04           .00           .00
EXXON/MOBIL                UNSECURED         1171.96           .00           .00
FISHER & SHAPIRO           NOTICE ONLY     NOT FILED           .00           .00
FISHER & SHAPIRO           NOTICE ONLY     NOT FILED           .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED         3182.17           .00           .00
MONOGRAM BANK N AMERICA    UNSECURED       NOT FILED           .00           .00
NATIONWIDE CREDIT INC      NOTICE ONLY     NOT FILED           .00           .00
COOK COUNTY TREASURER      SECURED NOT I         .00           .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED         1547.43           .00           .00
LVNV FUNDING LLC           UNSECURED         5140.11           .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED         5625.39           .00           .00
ROUNDUP FUNDING LLC        UNSECURED          360.18           .00           .00
WELLS FARGO FINANCIAL BA   UNSECURED         1700.77           .00           .00
WELLS FARGO FINANCIAL IL   UNSECURED         1107.03           .00           .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE     4350.00           .00           .00
LEGAL HELPERS PC           DEBTOR ATTY       2,500.00                    2,095.85
TOM VAUGHN                 TRUSTEE                                         851.82
DEBTOR REFUND              REFUND                                             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 17033 JOSEPH A KMIECIK
```

```
     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 13,590.00

PRIORITY                                              .00
SECURED                                          8,995.51
    INTEREST                                     1,646.82
UNSECURED                                             .00
ADMINISTRATIVE                                   2,095.85
TRUSTEE COMPENSATION                               851.82
DEBTOR REFUND                                         .00
                     ---------------      ---------------
TOTALS                  13,590.00            13,590.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


     Dated: 05/26/08                    /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE